

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

*Elizabeth F. Vieyra*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*          Main: (856) 757-5105
*P.O. Box 2098*                              Direct: (856) 757-5139
*Camden, NJ 08101*                     elizabeth.vieyra@usdoj.gov

July 21, 2026

**<u>Via Electronic Filing</u>**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court for the District of New Jersey
MLK Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

  **Re: *Bonilla Veloz v. Soto, et al.*, No. 26-cv-8769 (CCC)**
     **Petitioner's Bond Hearing Before an Immigration Judge**

Dear Judge Cecchi:

  This Office represents Respondents in the above-referenced habeas matter filed by a noncitizen challenging the legality of his detention by U.S. Immigration and Customs Enforcement. In accordance with this Court's July 16, 2026, Text Order (ECF No. 3), we respectfully write to inform the Court that on July 21, 2026, the Elizabeth Immigration Court conducted a custody redetermination concerning Petitioner pursuant to 8 U.S.C. § 1226(a), 8 C.F.R. § 1236. The Elizabeth Immigration Court granted Petitioner's request for a change in custody status and ordered that Petitioner be released from custody on $10,000.00 bond. *See* Ex. 1 at 1 (July 21, 2026, Order of Immigration Judge).

  We thank the Court for its attention and request that this matter be closed.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By:  /s/ Elizabeth F. Vieyra
ELIZABETH F. VIEYRA
Assistant United States Attorney
*Attorneys for Respondents*

cc:     All counsel of record (*via electronic filing*)

Encl.

The Clerk's Office is directed to close this case.

SO ORDERED

   *s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:    7/22/2026

2